This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38108

**CLOUD COUNTRY WEST UNITS
TWO AND THREE PROPERTY
OWNERS ASSOCIATION,**

Plaintiff-Appellee,

v.

**CHUCK HARDGRAVE AND
MELISSA HARDGRAVE, husband
and wife,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY
Angie K. Schneider, District Judge**

Courvoisier Law, LLC
Rebekah A. Scott Courvoisier
Alamagordo, NM

for Appellee

Richard A. Hawthorne
Ruidoso, NM

for Appellants

## MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}**     We issued a notice of proposed summary disposition in this matter proposing to affirm the district court. Appellee has filed a memorandum in support of our proposed summary disposition, and Appellant has not filed a memorandum in opposition.

**CONCLUSION**

**{2}** Accordingly, for the reasons set out in our notice of proposed summary disposition, we affirm the district court. *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

**{3}** **IT IS SO ORDERED**.

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Chief Judge**

**KRISTINA BOGARDUS, Judge**